**Order entered January 5, 2015**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00877-CR
No. 05-14-00878-CR
No. 05-14-00879-CR
No. 05-14-00880-CR

**REGINALD KEITH PINK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

The Court **GRANTS** appellant's December 31, 2014 request for an extension of time to file the pro se response to counsel's *Anders* brief to the extent that the response is due by **FEBRUARY 4, 2015**. If the pro se response is not filed by that date, the appeals will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to Reginald Pink, TDCJ No. 1938997, McConnell Unit, 3001 South Emily Drive, Beeville, Texas 78102.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
        JUSTICE